LAW OFFICE OF BRIAN C. ANDRITCH
BRIAN C. ANDRTICH # 203808
2140 Merced St., Ste. 105
Fresno, California 93721
Phone: 559-495-0200
Fax:    559-495-0123

Attorney for Defendant: Amy Ramsey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: E1167802   6:23-PO-00175-HBK
                          )
           Plaintiff,     ) WAIVER OF DEFENDANT'S
                          ) PRESENCE
    vs.                   )
                          )
AMY RAMSEY,               )
                          )
           Defendants.    )
                          )

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Amy Ramsey, hereby waives the right to be in present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of him which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and

- 1

further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that he has been informed of her rights under Title 18 U.S.C §§3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: 8-15-23

_____
Amy Ramsey

I agree with and consent to my client's waiver of appearance.

Dated: 8-15-23

_____
Brian C. Andritch

It is so Ordered

Dated: 8/15/2023

_____
Chief United States Magistrate Judge

\\\\

\\\\